*Ernest A. Inglis, Jr.,* and *Peter B. Sullivan,* in opposition.

Submitted July 13—decided July 18, 1973

MEADOWBROOK, INC., ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF NEW BRITAIN ET AL.

The defendants' petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Andrew P. Denuzze* and *George J. Coyle,* in support of the petition.

*David T. Ryan,* in opposition.

Submitted July 18—decided July 27, 1973

A AND H CORPORATION *v.* SEYMOUR PLANNING AND ZONING COMMISSION

The plaintiff's petition for certification with supplements thereto for appeal from the Court of Common Pleas in New Haven County is denied.

*Lawrence P. Weisman,* in support of the petition.

Submitted August 3—decided September 25, 1973

THE BLACKITE CORPORATION ET AL. *v.* THE PLANNING AND ZONING BOARD OF THE CITY OF MILFORD

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Gerald F. Stevens,* in support of the petition.

*Stephen I. Traub,* in opposition.